**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

LUIS A. VINAS,

    Debtor.
_____/

ALLERGY, DERMATOLOGY & SKIN
CANCER LLC., and SIX ACES LLC.,

    Plaintiffs,

vs.

LUIS A. VINAS,

    Defendant.
_____/

Case No.: 19-23352-MAM

Chapter 11

Adv. No. 20-01095-MAM

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the **(C.P. #20) Notice to Parties Setting Judicial Settlement Conference** was furnished via CM/ECF if the party is a registered user on this case or by U.S. Mail to the parties on the attached mail list this 25th day of June, 2020.

    KELLEY, FULTON & KAPLAN, P.L.
    Attorneys for Defendant
    1665 Palm Beach Lakes Blvd.
    The Forum - Suite 1000
    West Palm Beach, Florida 33401
    Telephone No.: (561) 491-1200
    Facsimile No.: (561) 684-3773

    By: **/s/ Andrew Fulton, IV, Esquire**
        ANDREW FULTON IV, ESQ.
        Florida Bar No.: 833487

**Mailing Information for Case 20-01095-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Rachamin Cohen**    Rocky@lawcls.com, alex@lawcls.com
- **Andrew Fulton IV**    andrew@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com; debbie@kelleylawoffice.com;dana@kelleylawoffice.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)